IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RICK MARTIN RODRIGUEZ,

    Plaintiff,

v.                                         Civil Action No.: 8:21-cv-1542

TRAVIS KENDRELL LOCUS and
ROYAL TRUCKING COMPANY,

    Defendant.

_____/

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendants Royal Trucking Company and Travis Kendrell Locus ("Defendants"), by counsel, hereby removes this action from the Sixth Judicial Circuit, in and for Pasco County, Florida to the United States District Court for the Middle District of Florida based on diversity jurisdiction. The grounds for removal are as follows:

### I.    BACKGROUND

1. On February 3, 2021, Plaintiff filed a Complaint in the Sixth Judicial Circuit, in and for Pasco County, Florida, Case. No. 2021-CA-000239.  In the Complaint, Plaintiff alleges damages in excess of $30,000 as a result of a motor vehicle accident in which he was a driver.  Plaintiff claims permanent bodily

injuries, pain and suffering of both a physical and mental nature, loss of past and future ability to earn money and loss of capacity for the enjoyment of life.

2. Defendants filed their Answer on February 24, 2021. Copies of all process and pleadings from the state court file are attached as Exhibit A.

3. On May 27, 2021, Plaintiff served his Verified Responses to Defendants' Interrogatories, alleging medical bills and past lost wages combined in excess of $30,000.

4. Based on Plaintiff's Complaint and Verified Responses to Interrogatories, the alleged losses may exceed $75,000.

5. 28 U.S.C. § 1446(b) requires that a Notice of Removal in a civil action or proceedings be filed within thirty (30) days after receipt by Defendant(s) of a copy of the initial pleading setting forth the claim for relief upon which the action or proceeding is based. Additionally, under 28 U.S.C. § 1446(b)(3) a notice of removal may also be filed within 30 days after receipt by the defendant, of a copy of an amended pleading, motion, *order or other paper* from which it may first be ascertained that the case has become removable. (emphasis added).

6. This Notice of Removal, filed within 30 days of service of Plaintiff's Verified Responses to Interrogatories, is therefore timely pursuant to 28 U.S.C. § 1446(b)(1).

## II. DIVERSITY JURISDICTION UNDER 28 USC § 1332(a)

7. Plaintiff is a citizen of Pasco County, Florida. See Compl. at ¶2.

8. Defendant Royal Trucking Company and its employee, Defendant Travis Locus, are both citizens of Mississippi. See Compl. at ¶ 2–4.

9. While the Complaint established diversity of citizenship, Plaintiff only alleges the damages total in excess of $30,000 but does not plead a specific amount of damages. See Compl.

10. Plaintiff recently served verified Responses to Defendant's First Interrogatories to Plaintiff in which he claims medical damages totaling $29,368.00 in medical bills alone. See Pltf. Response to Interrogatory #12.

11. Plaintiff is also claiming up to $7,920.00 in lost wages and is seeking damages for future medical expenses and pain and suffering damages as he is claiming a permanent injuries.

12. Removal of this case is therefore proper under 28 U.S.C. § 1332(a) because there is complete diversity of citizenship between Plaintiff and all Defendants and alleged damages are more than $75,000.

## III. VENUE

13. Venue is proper in this Court because this district encompasses the Circuit Court of the Sixth Judicial Circuit, in and for Pasco County, Florida, the forum from which the case has been removed. See U.S.C. § 1441(a).

## IV. NOTICE

14. Concurrent with filing this Notice of Removal, Defendants will file a Notice to State Court of Removal to Federal Court with the Clerk of Circuit Court of the Fourth Judicial Circuit, in and for Duval County, Florida and will attach a copy of this Notice of Removal thereto. A copy of the Notice to State Court of Removal to Federal Court is attached hereto as Exhibit B.

## V. MISCELLANEOUS

15. This action has not previously been removed to Federal Court.

16. Defendants reserve the right to amend its Notice of Removal to cure any procedural defects or correct any errors, or as otherwise appropriate.

17. If any questions arise as to the propriety of the removal of this action, Defendants request the opportunity to present a brief and argument in support of its position that this case is removable.

Dated:  June 25, 2021

Respectfully submitted,

*/s/ Sage Morris-Webster*
SAGE MORRIS-WEBSTER, ESQUIRE
Florida Bar No.: 101291
WEBSTER LAW GROUP, P.A.
719 Peachtree Road, Suite 200
Orlando, FL 32804
(407) 425-2583 – Phone
(407) 422-3008 – Facsimile

Primary E-mail:   sage@websterlawgroup.com
*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of June, 2021, the undersigned filed a true and correct copy of the foregoing with the Clerk of the Court which will furnish copies to: Adrienn Toth, Esquire, of Morgan & Morgan, P.A., Counsel for Plaintiff.

*/s/ Sage Morris-Webster*
Sage Morris-Webster, Esq.